WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB #913841**
Assistant United States Attorney
Greg.R.Nyhus@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00131-IM |
| v. | **MOTION TO UNSEAL INDICTMENT** |
| **JASON DAVID CAMPOS,** | |
| Defendant. | |

The United States of America hereby moves this Court for an order unsealing the indictment, and all other papers in the above-captioned case as to the defendant, Jason David Campos. The defendant is currently detained and there is no longer an investigative purpose requiring this matter to remain sealed.

Dated: April 22, 2025                                Respectfully submitted,

                                                                                 WILLIAM M. NARUS
                                                                                 Acting United States Attorney

                                                                                 */s/ Gregory R. Nyhus*
                                                                                 GREGORY R. NYHUS, OSB #913841
                                                                                 Assistant United States Attorney