# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00131-IM |
| v. | ORDER TO UNSEAL INDICTMENT |
| JASON DAVID CAMPOS, | |
| Defendant. | |

Upon the motion of the government,

IT IS HEREBY ORDERED that the indictment, and all other papers in this matter be unsealed.

Dated: April 22, 2025

_____
HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Gregory R. Nyhus*_____
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney