UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00131-IM |
| v. | ORDER FOR DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL AND FOR TRANSPORT FORTHWITH TO THE DISTRICT OF OREGON |
| JASON DAVID CAMPOS, | |
| Defendant. | |

Upon the government's Motion to Revoke Release Order, ECF No. 9, the Court found that "no condition or combination of conditions will reasonably assure" Defendant's appearance and the safety of Adult Victim 1 and the community. 18 U.S.C. § 3142(e)(1). The Government's Motion is therefore GRANTED and Defendant is ORDERED to remain in the custody of the U.S. Marshal.

IT IS FURTHER ORDERED that Defendant be transported forthwith to the District of Oregon for further proceedings.

DATED: May 22, 2025

_____
HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, ORB #913841
MIRA R. CHERNICK, MAB #696845
Assistant United States Attorneys