WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB #913841**
Assistant United States Attorney
Greg.R.Nyhus@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorney for United States of America

<br>

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00131-IM |
| v. | **MOTION FOR A PROTECTIVE ORDER** |
| **JASON DAVID CAMPOS,** | |
| **Defendant.** | |

  The United States of America hereby moves this Court for a protective order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, seeking to prevent the dissemination or misuse of discovery material containing sensitive information as further described below. The government has contacted counsel of record for defendant, who has advised the government that he does not object to the Court's entry of the proposed protective order.

  The discovery material in the case includes highly sensitive information, including personal identifying information. Due to the large volume of discovery material, the frequency with which the sensitive information appears throughout the documents, and the nature of the violations charged in this case, redaction of all discovery is not a feasible option.

**Motion for a Protective Order**                                  Page 1

In light of the nature of the crimes charged, and the sensitive information included in the discovery material, the government respectfully requests that the Court order that counsel of record, their investigators, assistants, and employees may review with defendant all discovery material produced by the government but shall not provide defendant with copies of, or unsupervised access to, any discovery material produced by the government.

The government further requests that the Court order that neither defense counsel nor defendant shall provide any discovery material produced by the government to any person not a party to this case, or make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery material to those persons employed, retained, or otherwise consulted by defense counsel who are necessary to assist counsel of record in preparation for trial or other proceedings, including any potential witnesses defense counsel consults within this matter.

Counsel reserves the right to seek modifications or changes with the government and the Court after a full review of the discovery provided. The parties will meet and confer regarding any discovery issues prior to bringing them to the Court's attention. The parties understand that the Court retains jurisdiction to modify this Order, upon motion, even after the conclusion of district court proceedings in this case.

Dated: July 8, 2025

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney