UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00131-IM |
| v. | **PROTECTIVE ORDER** |
| **JASON DAVID CAMPOS,** | |
| **Defendant.** | |

Upon motion of the United States, the Court being advised as to the nature of this case, and there being no objection by the parties, it is hereby:

ORDERED that pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, counsel of record, his investigators, assistants, and employees may review with defendant all discovery material produced by the government, but shall not provide defendant with copies of, or unsupervised access to, any discovery material produced by the government.

IT IS FURTHER ORDERED that neither defense counsel nor defendant shall provide any discovery material produced by the government to any person not a party to this case, or make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery material to those persons employed, retained, or otherwise consulted by defense counsel who are necessary to assist counsel of record in preparation for trial or other proceedings, including any potential witnesses defense counsel

consults with in this matter.  All counsel acknowledge that the terms and scope of this Order may be modified by motion of counsel for either the defense or the government and authorization of the Court.  The Court retains jurisdiction to modify this Order, upon motion, even after the conclusion of district court proceedings in this case.

Dated: July 9, 2025

/s/ Karin J. Immergut
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney