**WHITNEY P. BOISE, OSB No. 851570**
whitney@boisematthews.com
BOISE MATTHEWS LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Fax: (503) 227-5984

    Of Attorneys for Defendant Jason David Campos

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JASON DAVID CAMPOS**, <br><br> Defendant. | Case No. **3:25-cr-00131-IM** <br><br> **DEFENDANT'S MOTION TO RETURN PASSPORT TO DEFENSE COUNSEL** |

    Defendant Jason David Campos, by and through his attorneys, Whitney P. Boise and Boise Matthews LLP, moves this Court for an Order authorizing U.S. Pretrial Services to return his previously surrendered passport to defense counsel.

//

Page 1 –   DEFENDANT'S MOTION TO RETURN PASSPORT
           TO DEFENSE COUNSEL

Defendant's passport was surrendered to the Clerk, U.S. District Court for the Eastern District of California, pursuant to Special Conditions of Release set out by Judge Peterson on April 25, 2025, in *United States v. Jason David Campos,* U.S. District Court for Eastern District of California, Case No. 2:25-MJ-00067-JDP-1 (ECDA ECF 7).

At a May 5, 2025, hearing in this case on Government's Motion to Revoke Release Order, Judge Immergut ordered defendant was to remain in the custody of the U.S. Marshal and transferred to the District of Oregon (ECF 17).

On May 22, 2025, Judge Simon ordered defendant to remain in the custody of the U.S. Marshal and for transport forthwith to the District of Oregon (ECF 19).

The Clerk's office for the Eastern District of California mailed Defendant's passport to the U.S. Pretrial Services Office in Portland, Oregon.

U.S. Pretrial Services Officer Aimee Ruane has advised counsel that U.S. Pretrial Services does not oppose this motion.

DATED this 8th day of August, 2025.

Respectfully submitted,

BOISE MATTHEWS LLP

 */s/ Whitney P. Boise*
WHITNEY P. BOISE, OSB No. 851570
Whitney@boisematthews.com
(503) 228-0487
Of Attorneys for Defendant
Jason David Campos

Page 2 –    DEFENDANT'S MOTION TO RETURN PASSPORT
           TO DEFENSE COUNSEL

**BOISE MATTHEWS LLP**
121 SW Morrison St. Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984