**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB #913841**
Assistant United States Attorney
Greg.R.Nyhus@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  503-727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00131-IM |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| JASON DAVID CAMPOS, | |
| **Defendant.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following personal property:

One (1) grey Google Pixel 6 Pro smartphone with a clear phone case.

DATED: August 11, 2025.                     Respectfully submitted,

                                            SCOTT E. BRADFORD
                                            United States Attorney

                                             */s/ Gregory R. Nyhus*
                                            GREGORY R. NYHUS
                                            Assistant United States Attorney

**Bill of Particulars for Forfeiture of Property**