IN THE UNITED STATES DISTRICT OF COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>      v.<br><br>JASON DAVID CAMPOS,<br><br>                                  Defendant. | Case No. 3:25-cr-00131-IM-1<br><br>ORDER APPOINTING COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A<br>(CRIMINAL CASE) |

      IT IS ORDERED that CJA Panel Attorney Whitney Boise is appointed effective February 13, 2026, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as counsel. Mr. Boise's representation as retained counsel shall be terminated.

      DATED this ___18th_____ day of February 2026.

                                                                __/s/ Karin J. Immergut_____
                                                                Honorable Karin J. Immergut
                                                                United States District Judge

PRESENTED BY:

*Fidel Cassino-DuCloux*
_____
Fidel Cassino-DuCloux
Federal Public Defender