**WHITNEY P. BOISE, OSB No. 851570**
whitney@boisehuseby.com
BOISE HUSEBY LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Fax: (503) 227-5984

      Of Attorneys for Defendant Jason David Campos

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>      Plaintiff,<br><br>    v.<br><br>**JASON DAVID CAMPOS**,<br><br>      Defendant. | Case No. **3:25-cr-00131-IM**<br><br>**DECLARATION IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

I, WHITNEY P. BOISE, hereby declare and say as follows:

    1.    On February 18, 2026, I was appointed to represent defendant Jason David Campos pursuant to the Criminal Justice Act, effective February 13, 2026.

    2.    Mr. Campos is in custody at FDC Sheridan.

    3.    Mr. Campos is charged by Indictment with one count of Stalking, in violation of 18 U.S.C. §2261A(2)(B), one count of Wire Fraud, in violation of 18 U.S.C. §1343, and one count of Aggravated Identity Theft, in violation of 18 U.S.C. §1028A(1).

    4.    Trial is currently scheduled for March 10, 2026.

Page 1 –    DECLARATION IN SUPPORT OF DEFENDANT'S
            UNOPPOSED MOTION TO CONTINUE TRIAL DATE

**BOISE HUSEBY LLP**
121 SW Morrison St. Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

5.      The government's case is largely built on computer forensic evidence. Before counsel has his computer expert examine the relevant evidence, counsel needs to finish reviewing the discovery with the defendant to be able to direct the expert to specific areas of discovery that need to be examined. Counsel has reviewed all of the discovery with client that has been provided to date. Based on that discovery review, counsel has made a substantial request for additional discovery from the government, which has yet to be provided. Counsel needs the additional time to go over the discovery with defendant, potentially have the evidence forensically examined, and to negotiate the case with the government. This additional time is necessary to adequately represent defendant.

6.      For these reasons, counsel is requesting a 90-day continuance to adequately review the case and discovery with defendant and to see if a negotiated settlement can be reached with the government.

7.      Counsel has spoken with Mr. Campos and Mr. Campos authorized counsel to waive his statutory and Constitutional speedy trial rights. Mr. Campos agrees the time period within this continuance constitutes excludable delay pursuant to 18 U.S.C. §3161(h)(7).

8.      Assistant United States Attorney Nyhus has advised that the government has no objection to the allowance of this motion.

I hereby declare under penalty of perjury that the above statements are true to the best of my knowledge and belief.

DATED this 24th day of February, 2026.

Respectfully submitted,

BOISE HUSEBY LLP

 /s/ Whitney P. Boise
WHITNEY P. BOISE, OSB No. 851570
Whitney@boisehuseby.com
(503) 228-0487
Of Attorneys for Defendant
Jason David Campos

Page 2 –   DECLARATION IN SUPPORT OF DEFENDANT'S
           UNOPPOSED MOTION TO CONTINUE TRIAL DATE

**BOISE HUSEBY LLP**
121 SW Morrison St. Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984