**WHITNEY P. BOISE, OSB No. 851570**
whitney@boisehuseby.com
BOISE HUSEBY LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Fax: (503) 227-5984

      Of Attorneys for Defendant Jason David Campos

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JASON DAVID CAMPOS**, <br><br> Defendant. | Case No. **3:25-cr-00131-IM** <br><br><br> **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

      Defendant Jason David Campos, by and through his attorney, Whitney P. Boise, moves this Court for a continuance of the current trial date of June 9, 2026, to a date in November 2026, convenient to the Court and counsel.

      Mr. Campos is in custody at FDC Sheridan. Counsel spoke with Mr. Campos. He has been advised of his Constitutional and statutory rights to a speedy trial and he waives his right to a speedy trial. Mr. Campos agrees the time period within this continuance constitutes excludable delay pursuant to 18 U.S.C. §3161(h)(7).

Page 1 –  DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
             TRIAL DATE

Assistant United States Attorney Mira Chernick has advised that the government has no objection to the allowance of this motion.

This motion is based on the declaration of counsel filed contemporaneously herewith.

DATED this 29th day of May, 2026.

Respectfully submitted,

BOISE HUSEBY LLP

*/s/ Whitney P. Boise*
WHITNEY P. BOISE, OSB No. 851570
Whitney@boisehuseby.com
(503) 228-0487
Of Attorneys for Defendant
Jason David Campos

Page 2 –    DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
            TRIAL DATE

**BOISE HUSEBY LLP**
121 SW Morrison St. Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984