**WHITNEY P. BOISE, OSB No. 851570**
whitney@boisehuseby.com
BOISE HUSEBY LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Fax: (503) 227-5984

Of Attorneys for Defendant Jason David Campos

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **3:25-cr-00131-IM** |
| Plaintiff, | |
| v. | **DECLARATION IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| JASON DAVID CAMPOS, | |
| Defendant. | |

I, WHITNEY P. BOISE, hereby declare and say as follows:

1.      I have been appointed to represent defendant Jason David Campos pursuant to the Criminal Justice Act, effective February 13, 2026.

2.      Mr. Campos is in custody at FDC Sheridan.

3.      Mr. Campos is charged by Indictment with one count of Stalking, in violation of 18 U.S.C. §2261A(2)(B), one count of Wire Fraud, in violation of 18 U.S.C. §1343, and one count of Aggravated Identity Theft, in violation of 18 U.S.C. §1028A(1).

4.      Trial is currently scheduled for June 9, 2026.

Page 1 –    DECLARATION IN SUPPORT OF DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE TRIAL DATE

5.    The parties are still in negotiations over the terms of an acceptable plea offer. The defendant has made a counter-offer which the government is presently evaluating. In doing so, the government is consulting with all relevant parties, researching legal issues, and getting authorization for the terms of the agreement.

6.    Should negotiations fail, the defense and government have discussed trial schedules. The attorneys are all available for trial in November 2026. The parties agree that this time period will give both the defense and government adequate time to prepare for trial. For this reason, the parties are requesting a trial date, convenient with the Court, on or about November 2026.

7.    Counsel has spoken with Mr. Campos and Mr. Campos authorized counsel to waive his statutory and Constitutional speedy trial rights. Mr. Campos agrees the time period within this continuance constitutes excludable delay pursuant to 18 U.S.C. §3161(h)(7).

8.    Assistant United States Attorney Chernick has advised that the government has no objection to the allowance of this motion.

I hereby declare under penalty of perjury that the above statements are true to the best of my knowledge and belief.

DATED this 29th day of May, 2026.

Respectfully submitted,

BOISE HUSEBY LLP

*/s/ Whitney P. Boise*
WHITNEY P. BOISE, OSB No. 851570
Whitney@boisehuseby.com
(503) 228-0487
Of Attorneys for Defendant
Jason David Campos

Page 2 –    DECLARATION IN SUPPORT OF DEFENDANT'S
            UNOPPOSED MOTION TO CONTINUE TRIAL DATE

**BOISE HUSEBY LLP**
121 SW Morrison St. Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984